NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARILOU ADKINS,                      )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D18-1418
                                     )
JON G. TURNER,                       )
                                     )
            Appellee.                )
_____)


Opinion filed October 25, 2019.

Appeal from the Circuit Court for
Hillsborough County; Richard A. Nielsen,
Judge.

Tarya A. Tribble of Tribble Law Center,
P.A., Riverview, for Appellant.

Joseph T. Eagleton and Ceci C. Berman
of Brannock & Humphries, Tampa, and
Robert L. Olsen of Allen Dell, P.A.,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and SALARIO, JJ., Concur.